

# Fourth Court of Appeals
## San Antonio, Texas

June 20, 2024

No. 04-24-00339-CR

**IN RE** Eustorgio Guzman **RESENDEZ**, Relator

Original Proceeding[1]

### ORDER

On May 17, 2024, relator filed a petition for writ of mandamus. After considering the petition and mandamus record, this court concludes relator is not entitled to the relief sought. Accordingly, relator's petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on June 20, 2024.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of June, 2024.

_____
Luz Estrada, Chief Deputy Clerk

---

[1]This proceeding arises out of Cause No. 91-CR-43, styled *The State of Texas v. Eustorgio Guzman Resendez*, pending in the 229th Judicial District Court, Starr County, Texas, the Honorable Baldemar Garza presiding.